**FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JERRY BEEMAN AND PHARMACY SERVICES, INC., doing business as Beemans Pharmacy; ANTHONY HUTCHINSON AND ROCIDA INC., doing business as Finleys Rexall Drug; CHARLES MILLER, doing business as Yucaipai Valley Pharmacy; JIM MORISOLI AND AMERICAN SURGICAL PHARMACY INC., doing business as American Surgical Pharmacy; BILL PEARSON AND PEARSON AND HOUSE, doing business as Pearson Medical Group Pharmacy; on behalf of themselves and all others similarly situated and on behalf of the general public<br>              *Plaintiffs-Appellees*,<br><br>                   v.<br><br>ANTHEM PRESCRIPTION MANAGEMENT, LLC; ARGUS HEALTH SYSTEMS, INC.; BENESCRIPT SERVICES, INC.; FFI RX MANAGED CARE; FIRST HEALTH SERVICES CORPORATION; MANAGED PHARMACY BENEFITS, INC., formerly known as Cardinal Health MPB Inc.; NATIONAL MEDICAL HEALTH CARD | No. 07-56692<br><br>D.C. No. CV-04-00407-VAP |

| | |
|---|---|
| SYSTEMS, INC.; PHARMACARE MANAGEMENT SERVICES, INC.; PRIME THERAPEUTICS; RESTAT CORPORATION; RX SOLUTIONS, INC.; TMESYS, INC.; WHP HEALTH INITIATIVES, INC.; MEDE AMERICA CORP.,<br>　　　　*Defendants-Appellants*. | |
| JERRY BEEMAN AND PHARMACY SERVICES, INC., doing business as Beemans Pharmacy; ANTHONY HUTCHINSON AND ROCIDA INC., doing business as Finleys Rexall Drug; CHARLES MILLER, doing business as Yucaipai Valley Pharmacy; JIM MORISOLI AND AMERICAN SURGICAL PHARMACY INC., doing business as American Surgical Pharmacy; BILL PEARSON AND PEARSON AND HOUSE, doing business as Pearson Medical Group Pharmacy; on behalf of themselves and all others similarly situated and on behalf of the general public,<br>　　　　*Plaintiffs-Appellees*,<br>　　　　　　v.<br>TDI MANAGED CARE SERVICES, INC., doing business as ECKERD HEALTH SERVICES; MEDCO | No. 07-56693<br><br>D.C. No.<br>CV-02-01327-VAP<br><br><br>ORDER |

HEALTH SOLUTIONS, INC.; EXPRESS
SCRIPTS, INC.; ADVANCE PCS,
Advance PCS Health, L.P.; RX
SOLUTIONS, INC.,
  *Defendants-Appellants*.

Filed January 29, 2014

Before: Alex Kozinski, Chief Judge, Harry Pregerson, Diarmuid F. O'Scannlain, Sidney R. Thomas, Kim McLane Wardlaw, William A. Fletcher, Ronald M. Gould, Marsha S. Berzon, Johnnie B. Rawlinson, Richard R. Clifton and N. Randy Smith, Circuit Judges.

**ORDER**

The case is remanded to the three-judge panel for consideration in light of the California Supreme Court's opinion in *Beeman* v. *Anthem Prescription Management, LLC*, No. S203124 (Cal. Dec. 19, 2013). The prior panel opinion, 652 F.3d 1085 (9th Cir. 2011), is vacated.